IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHARD REINSDORF                )
                                 )    No. 3-13-0269
v.                               )
                                 )
ACADEMY, LTD.; and DOES 1-10     )

O R D E R

I hereby RECUSE myself in this case. The Clerk is directed to reassign the case to another Magistrate Judge.

The initial case management conference, scheduled on May 13, 2013, is CANCELLED, to be rescheduled by the Magistrate Judge to whom the case is reassigned.

The following motions are pending in this case:

1. Defendant's motion to stay or transfer (Docket Entry No. 9); and

2. Defendant's motion to admit pro hac vice (Docket Entry No. 14).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge