UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **RICHARD REINSDORF** ) | |
| ) | |
| **v.** ) | Civil Action No. 3:13-0269 |
| ) | Judge Campbell/Knowles |
| **ACADEMY, LTD, et al.** ) | |

**O R D E R**

By Order entered April 19, 2013 (Docket Entry No. 17), this action was reassigned to the undersigned as the case manager. The Initial Case Management Conference is rescheduled for **Tuesday, May 28, 2013, at 10:30 a.m.** before the undersigned.

Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge