IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHARD REINSDORF )
)
v. ) NO. 3-13-0269
) JUDGE CAMPBELL
ACADEMY, LTD. )

ORDER

Pending before the Court is Defendant's Motion for Leave to File Reply (Docket No. 26), and Defendant shall file its Reply by May 10, 2013.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE