IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHARD REINSDORF )
)
v. ) NO. 3-13-0269
) JUDGE CAMPBELL
ACADEMY, LTD. )

ORDER

Pending before the Court are Defendant's Motion to Stay or Transfer (Docket No. 9) and Plaintiff's Motion for Oral Argument (Docket No. 25). Plaintiff's Motion for Oral Argument is DENIED. For the reasons stated in the accompanying Memorandum, Defendant's Motion to Stay is GRANTED, and this action is stayed, pending resolution of the related California action.

The Clerk shall close this file administratively. The parties shall notify the Court within ten (10) days of resolution of the California action. In any event, the parties shall file a Status Report with the Court by September 1, 2013.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE